UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBROY WILLIAMS

v.  Case No.: 8:11-cv-158-T-24-TBM
    8:04-cr-158-T-24-TBM

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause comes before the Court on Petitioner Robroy Williams' Motion for Certificate of Appealability ("COA"). (Doc. No. 11). As explained below, the motion is denied.

A prisoner seeking a motion to vacate has no absolute entitlement to appeal a district court's denial of his motion. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a COA. Id. "A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," Tennard v. Dretke, 542 U.S. 274, 282 (2004) (quoting Slack v. McDaniel 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not made the requisite showing in these circumstances. As such, the Court finds that a COA is not warranted.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner's Motion for Certificate of Appealability (Doc. No. 11) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of April, 2011.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: All Parties and Counsel of Record