UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBROY WILLIAMS

v.  Case No.: 8:11-cv-158-T-24-TBM
 8:04-cr-158-T-24-TBM

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause comes before the Court on Petitioner Robroy Williams' Motion for an Evidentiary Hearing. (Doc. No. 16). Petitioner has already filed: (1) an amended § 2255 motion, which this Court denied on January 31, 2011; (2) a motion for reconsideration, which this Court denied on March 7, 2011; (3) a motion for a certificate of appealability from this Court, which this Court denied on April 14, 2011; (4) a motion to appeal in forma pauperis, which this Court denied on April 18, 2011; and (5) a motion for a certificate of appealability from the Eleventh Circuit, which that court denied on June 20, 2011. In the instant motion, Petitioner asks for an evidentiary hearing on the issue he raised in his § 2255 motion. As that issue has already been considered and rejected, an evidentiary hearing is not warranted. Accordingly, it is ORDERED AND ADJUDGED that Petitioner's Motion for an Evidentiary Hearing (Doc. No. 16) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of August, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record